**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01380-BNB-KLM

DONALD THOMAS JONES,

    Plaintiff,

v.

ALLEN HARMS, Case Manager I,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order** [#30] of Magistrate Judge Boyd N. Boland entered on February 24, 2014, it is

**ORDERED** that Defendant's **Motion To Dismiss** [#22] filed December 30, 2013, is **GRANTED**. It is

**FURTHER ORDERED** that judgment is entered in favor of Defendant Allen Harms, Case Manager I, and against Plaintiff Donald Thomas Jones. It is

**FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated at Denver, Colorado this 26th day of February, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ Brandy Simmons
                Brandy Simmons
                Deputy Clerk